# Order

Michigan Supreme Court
Lansing, Michigan

June 9, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160958-9(115)

DENISHIO JOHNSON,
        Plaintiff-Appellant,

v

CURT VANDERKOOI, ELLIOT BARGAS,
and CITY OF GRAND RAPIDS,
        Defendants-Appellees.

_____

SC: 160958
COA: 330536
Kent CC: 14-007226-NO

KEYON HARRISON,
        Plaintiff-Appellant,

v

CURT VANDERKOOI and CITY OF GRAND
RAPIDS,
        Defendants-Appellees.

_____/

SC: 160959
COA: 330537
Kent CC: 14-002166-NO

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their brief and appendix on appeal is GRANTED. The brief and appendix will be accepted as timely filed if submitted on or before July 23, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2021



Clerk